**Opinion issued November 8, 2012**



**In The**

# Court of Appeals
**For The**
# First District of Texas

---

**NO. 01-11-01095-CV**

---

**ANDRIA DIX, Appellant**

**V.**

**GREGORY NUTTER, JR., Appellee**

---

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-06525**

---

## MEMORANDUM OPINION

Appellant Andria Dix has failed to timely file a brief.  *See* TEX. R. APP. P.

38.6(a) (governing time to file brief), 38.8(a) (governing failure of appellant to file

brief). After being notified that this appeal was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case).

We dismiss the appeal for want of prosecution for failure to timely file a brief.

We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Massengale, and Brown.